UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Mohammad Q. Murshed, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| Plaintiff, ) | CASE NO.1:08CV1266 |
| ) | |
| -vs- ) | |
| ) | |
| Mohamed Elder, ) | <u>Order</u> |
| MJFCINC, ) | |
| ) | |
| Defendants. ) | |

  The above-captioned case was filed on May 22, 2008. Service by certified mail on both Defendants was attempted on July 24, 2008. Service was returned unexecuted on both Defendants on July 25, 2008. On September 22, 2008, the Court granted Plaintiff's "Motion for an Extension of Time to Perfect Service" (ECF. Doc. No. 8) until October 22, 2008.

  Service by certified mail was completed on September 26, 2008 as to Defendant Mohamed Elder. Service by ordinary mail was attempted and returned unexecuted on October 1, 2008 as to Defendant MJFCINC

  Defendant Mohamed Elder has failed to file an answer and service has not been perfected as to Defendant MJFCINC.

    This matter is dismissed, without prejudice, as to Defendant MJFCINC for failure to perfect service within 120 days according to Rule 4(m) of the Federal Rules of Civil Procedure. Further, Plaintiff shall file a request for entry of default and proposed order for default judgment as to Defendant Mohamed Elder by the close of business on Friday, November 14, 2008 or this matter will be dismissed for want of prosecution. CAB.J.

    IT IS SO ORDERED.

*Christopher A. Boyko*
Christopher A. Boyko
United States District Court Judge

November 3, 2008