# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMED Q. MURSHED, | ) | CASE NO. 08-1266 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | MAGISTRATE JUDGE W. H. BAUGHMAN |
| | ) | |
| vs. | ) | **ORDER GRANTING PLAINTIFF,** |
| | ) | **MOHAMED Q. MURSHED, AMENDED** |
| MOHAMED ELDER, et al., | ) | **MOTION FOR DEFAULT JUDGMENT** |
| | ) | |
| Defendants. | ) | |

Plaintiff's, Mohamed Q. Murshed, Amended Motion for Default Judgment in this case having come before the Court and after consideration of the motion it is, by the Court, this 20 day of April 2009, hereby:

**ORDERED** that Plaintiff's, Mohamed Q. Murshed, Amended Motion for Default Judgment is hereby **GRANTED**.

**FURTHER ORDERED**, that Plaintiff, Mohamed Q. Murshed, be awarded judgment in the amount of Ninety-Eight Thousand Dollars ($98,000.00) plus his attorney fees in the amount of Three Thousand Nine Hundred Sixty-Three and 97/100 Dollars ($3,963.97) incurred in the prosecution of this claim.

s/Christopher A. Boyko
Judge Christopher A. Boyko

April 20, 2009